Gary MANESS, Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, Respondent-Appellee.

No. 74–1538.

United States Court of Appeals, Fifth Circuit.

March 18, 1976.

ON PETITION FOR REHEARING

(Opinion April 25, 1975, 512 F.2d 88.)

Before MORGAN and CLARK, Circuit Judges and GORDON, District Judge.

PER CURIAM:

It is ordered that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby denied.

CLARK, Circuit Judge:

I dissent from the panel's denial of rehearing for the reasons set forth in my dissent in the panel opinion. I continue to be of the view that the majority has misapplied the principle of *Chambers v. Mississippi* to the facts of this bizarre and tragic case.